

# RECORDING 1



RECORDING 1

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     FEMALE SPEAKER:  You just do.  You just do.
2     MALE SPEAKER:  What about it makes you nervous?
3     FEMALE SPEAKER:  All of it.
4     MALE SPEAKER:  All of what?
5     FEMALE SPEAKER:  What do you mean "what"?
6     MALE SPEAKER:  How?
7     FEMALE SPEAKER:  You make me nervous.  You just do.
8     MALE SPEAKER:  Talk to me.
9     FEMALE SPEAKER:  No.
10    MALE SPEAKER:  Tell me so I can fix it.
11    FEMALE SPEAKER:  No.  No.  I don't want you to fix
12 anything.  I'm going to watch my video.
13    MALE SPEAKER:  So you want me to leave you alone?
14    FEMALE SPEAKER:  I didn't say that.  I'm just --
15    MALE SPEAKER:  It's okay.
16    FEMALE SPEAKER:  You're so upfront.
17    MALE SPEAKER:  Yeah.
18    FEMALE SPEAKER:  Yeah.  That's it.
19    MALE SPEAKER:  And there's nothing I want to do
20 with you, though.  I just wanted you to understand it.
21    FEMALE SPEAKER:  Understand what?
22    MALE SPEAKER:  Understand that you're beautiful.
23 You have perfect tits.
24    FEMALE SPEAKER:  Oh, my God.  No.
25    MALE SPEAKER:  So what?  So what if I said that?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  It's no big deal.
 2       FEMALE SPEAKER:  It is a big deal to me.
 3       MALE SPEAKER:  Okay.  It might be right now. I love
 4  that pose.  It's just --
 5       FEMALE SPEAKER:  Oh, my gosh.  Stop.
 6       MALE SPEAKER:  No, I'm saying everything you do --
 7  I'm telling you.  You can't look bad.
 8       FEMALE SPEAKER:  Okay.  So...
 9       MALE SPEAKER:  It's not possible.
10       FEMALE SPEAKER:  Yeah, it is.
11       MALE SPEAKER:  It's not possible.  So anyways, I'll
12  shut up now.
13                    (END OF RECORDING)
14
15
16
17
18
19
20
21
22
23
24
25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                CERTIFICATE OF REPORTER
 2              COMMONWEALTH OF KENTUCKY AT LARGE
 3
 4   I do hereby certify that the said matter was reduced to
 5   type written form under my direction, and constitutes a
 6   true record of the recording as taken, all to the best
 7   of my skill and ability. I certify that I am not a
 8   relative or employee of either counsel, and that I am in
 9   no way interested financially, directly or indirectly,
10   in this action.
11
12
13
14
15
16
17
18
19
20
21
22   COURTNEY BUSICK,
23   COURT REPORTER / NOTARY
24   COMMISSION EXPIRES ON: 10/18/2021
25   SUBMITTED ON:  08/23/2018
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**B**

**bad** 3:7
**beautiful** 2:22
**big** 3:1,2

**D**

**deal** 3:1,2

**E**

**END** 3:13

**F**

**FEMALE** 2:1,3, 5,7,9,11,14,16, 18,21,24 3:2,5, 8,10
**fix** 2:10,11

**G**

**God** 2:24
**gosh** 3:5

**L**

**leave** 2:13
**love** 3:3

**M**

**make** 2:7
**makes** 2:2
**MALE** 2:2,4,6, 8,10,13,15,17, 19,22,25 3:3,6, 9,11

**N**

**nervous** 2:2,7

**P**

**perfect** 2:23
**pose** 3:4

**R**

**RECORDING** 3:13

**S**

**shut** 3:12
**SPEAKER** 2:1, 2,3,4,5,6,7,8,9, 10,11,13,14,15, 16,17,18,19,21, 22,24,25 3:2,3, 5,6,8,9,10,11
**Stop** 3:5

**T**

**Talk** 2:8
**telling** 3:7
**tits** 2:23

**U**

**understand** 2:20,21,22
**upfront** 2:16

**V**

**video** 2:12

**W**

**wanted** 2:20
**watch** 2:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



# RECORDING 2




RECORDING 2



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        FEMALE SPEAKER:  What?  What did you say before
 2   that?
 3        MALE SPEAKER:  Best nipples ever.
 4        FEMALE SPEAKER:  Before that.
 5        MALE SPEAKER:  I really want to see them.
 6        FEMALE SPEAKER:  Me?
 7        MALE SPEAKER:  Yes.  Yes, I would like to see
 8   them.
 9        FEMALE SPEAKER:  No.
10        MALE SPEAKER:  Oh, my God, yes.
11        FEMALE SPEAKER:  No.
12        MALE SPEAKER:  Yes.
13        FEMALE SPEAKER:  No.  Gross.
14        MALE SPEAKER:  I want to see your --
15        FEMALE SPEAKER:  Gross.  Gross.  Gross. Gross.
16        MALE SPEAKER:  It's not gross.
17        FEMALE SPEAKER:  It is.
18        MALE SPEAKER:  It's just natural.
19        FEMALE SPEAKER:  It's nasty.  It's not natural.
20        MALE SPEAKER:  It is natural.
21        FEMALE SPEAKER:  It's not natural.
22        MALE SPEAKER:  It's all -- everything else is
23   man-made.  So without it, it is just our skin.
24        FEMALE SPEAKER:  Yes.
25        MALE SPEAKER:  Is what -- what we -- just us. So
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  it is natural.
 2          FEMALE SPEAKER:  Are you talking about me and you?
 3          MALE SPEAKER:  No.  I was actually just talking
 4  about, like, being naked in general, but that, too.
 5          FEMALE SPEAKER:  I don't get naked in front of
 6  people by myself.
 7          MALE SPEAKER:  That's fine.  But yes, I would like
 8  to see that.
 9          FEMALE SPEAKER:  No, you wouldn't.
10          MALE SPEAKER:  Yes.
11          FEMALE SPEAKER:  Please say you wouldn't. Like --
12          MALE SPEAKER:  No, I'm sorry.
13          FEMALE SPEAKER:  Oh, my God.
14          MALE SPEAKER:  No, I'm 100 percent see them like
15  that.  I would love to see it.
16          FEMALE SPEAKER:  No, you wouldn't.
17          MALE SPEAKER:  Oh, my God, yes.  I already think
18  you're wonderful and beautiful, and --
19          FEMALE SPEAKER:  Uh-uh.
20          MALE SPEAKER:  -- I know I would like to see.
21          FEMALE SPEAKER:  No.
22          MALE SPEAKER:  So yeah.
23          FEMALE SPEAKER:  It's weird.
24          MALE SPEAKER:  How's it weird?
25          FEMALE SPEAKER:  It just is.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  MALE SPEAKER:  It's not.  It's a natural
2  attraction.
3  FEMALE SPEAKER:  Okay.  But still.
4  MALE SPEAKER:  What?
5  FEMALE SPEAKER:  Should you tell me that?
6  MALE SPEAKER:  Should I tell you that? Probably
7  not, but I am because I'm very -- I am forward, and I
8  want what I want.  Do I -- does that mean I'm going to
9  get it?  No.  And am I upset by that?  No. That's fine.
10 Life is life.  Life is full of disappointments.  Not to
11 say that it's a disappointment, but you get what I'm
12 saying?
13 FEMALE SPEAKER:  Yeah.
14 MALE SPEAKER:  You know, and I try -- that aside,
15 I always try to, like, not have ridiculous high
16 expectations so that way you don't -- you're not, like,
17 truly fully disappointed, but you still have to be
18 realistic, you know, as you are, so...
19 FEMALE SPEAKER:  Are you talking about, like,
20 expectations from me?
21 MALE SPEAKER:  No.  I'm just saying in general.
22 Generalization.  Like, say, you know, you go to a
23 movie, you know, I try to be open-minded, so not like,
24 "Oh, I'm, like, really excited to see the movie. Yadda
25 yadda yadda," because then, you don't want to be



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  disappointed afterwards if your expectations are let
 2  down.  Does that make sense?
 3         FEMALE SPEAKER:  Yes.
 4         MALE SPEAKER:  Yeah.  So I'm saying
 5  generalization.  And, so yes, I want to see you.  Yes,
 6  I, like, oh, my gosh, but am I going to?  Probably not.
 7         FEMALE SPEAKER:  No.
 8         MALE SPEAKER:  Exactly.  So see?
 9         FEMALE SPEAKER:  You're not.
10         MALE SPEAKER:  So -- so I'm not holding you to
11  that.  So I'm not going to be disappointed.
12         FEMALE SPEAKER:  No, you shouldn't hold me to
13  anything like that.
14         MALE SPEAKER:  That's fine.  I understand. It's
15  going nowhere, I guess.
16         FEMALE SPEAKER:  I mean, I'm sure you could
17  probably get ▮▮▮▮ to.
18         MALE SPEAKER:  No.
19         FEMALE SPEAKER:  Yeah.
20         MALE SPEAKER:  No.
21         FEMALE SPEAKER:  You could.
22         MALE SPEAKER:  I understand.  I really wanted to
23  actually get involved with that.  They'd be like, "Hey,
24  you still talk to her."  Like, sent her, like, five
25  messages on Instagram when she messaged me first, may I
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Kentuckiana
— COURT REPORTERS —

```
 1   add.  Okay.  Anyway -- and that was that.
 2          FEMALE SPEAKER:  Why do you text them back?
 3          MALE SPEAKER:  I did -- well, I was being polite,
 4   but that's it.
 5          FEMALE SPEAKER:  But she's still, like, 14.
 6          MALE SPEAKER:  Yeah.  I don't -- that's why I
 7   don't talk to her.
 8          FEMALE SPEAKER:  Yeah.  But you still replied
 9   there, like, you know, that could, like --
10          MALE SPEAKER:  Yeah, we're cordial, but that's it.
11   Okay.  It died just like that.
12          FEMALE SPEAKER:  But me, like, I'm --
13          MALE SPEAKER:  Yes.
14          FEMALE SPEAKER:  -- like I'm under age, too.
15          MALE SPEAKER:  So?
16          FEMALE SPEAKER:  So?
17          MALE SPEAKER:  At least you're 17.
18          FEMALE SPEAKER:  Yeah.  That's still, like,
19   younger than --
20          MALE SPEAKER:  Okay.
21          FEMALE SPEAKER:  -- legal.
22          MALE SPEAKER:  Talking is not illegal.
23          FEMALE SPEAKER:  But, like, if somebody found out
24   about it, then it would be.
25          MALE SPEAKER:  No.  Yes, like, because --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1           FEMALE SPEAKER:  Yeah.
 2           MALE SPEAKER:  -- but if you're, like, say, you
 3   went to Lafayette or whatever, talking is talking.
 4           FEMALE SPEAKER:  So it doesn't matter if you go to
 5   a different school?
 6           MALE SPEAKER:  No.  If you went to a different
 7   school, I'm going to recommend you.
 8           FEMALE SPEAKER:  I'm not worried about it because
 9   I'm innocent -- I didn't do anything wrong.
10           MALE SPEAKER:  I know you hadn't.  What you
11   thinking?
12           FEMALE SPEAKER:  I don't know.  Nothing.
13           MALE SPEAKER:  Oh.  Figured I'd just -- it's just
14   talking, so we --
15           FEMALE SPEAKER:  Yeah.  It's just talking, but
16   it's still, like, if somebody got ahold of, like, what
17   you say.
18           MALE SPEAKER:  Well, duh, it would not look good.
19           FEMALE SPEAKER:  No.
20           MALE SPEAKER:  You're right about that.
21           FEMALE SPEAKER:  So like, why do you do it, then?
22           MALE SPEAKER:  Again, all I want -- and even if I
23   don't get it, that's fine.  I just -- trying to enjoy
24   life as it comes at me.  And you came at me, so...
25           FEMALE SPEAKER:  Well, I didn't, like,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   purposefully do that, though.
 2          MALE SPEAKER:  I know.  I'm not saying you
 3   intentionally did this or --
 4          FEMALE SPEAKER:  Like --
 5          MALE SPEAKER:  -- you're trying to screw me over
 6   or anything like that.
 7          FEMALE SPEAKER:  No.  I've never, like -- I've
 8   never attempted to make myself look better for you, I
 9   guess.
10          MALE SPEAKER:  That's fine.
11          FEMALE SPEAKER:  Like, I don't -- because if
12   people are going to like me, they're going to like me
13   for how I am and not how I try to be.
14          MALE SPEAKER:  Exactly.  100 percent exactly.
15          FEMALE SPEAKER:  So you're -- it's not my fault
16   that you are, like, attracted to me or whatever. Like,
17   I didn't --
18          MALE SPEAKER:  That's --
19          FEMALE SPEAKER:  Like, I didn't purposefully do
20   that.  Like, I didn't do it to --
21          MALE SPEAKER:  I don't feel that attraction is
22   purposeful necessarily.  It just happens, and it's
23   natural.
24          FEMALE SPEAKER:  So it's not my fault.  I didn't
25   do anything wrong.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        MALE SPEAKER:  Not necessarily my fault either.
 2   I'm not saying it's anyone's fault.  And nor do you
 3   have to act on it.  Nor do I have to act on it.
 4        FEMALE SPEAKER:  No, I'm definitely not.
 5        MALE SPEAKER:  All right.  Well, that's that then.
 6   Then we'll leave it at that and -- I mean, I can
 7   also -- I can stop if you need me to, okay?  Really.
 8   There's really not going to be -- I understand that I
 9   like you.  There probably is going to be nothing that
10   can ever come of it.
11        FEMALE SPEAKER:  Yeah.
12        MALE SPEAKER:  Well, if that's the case, then I
13   probably do need to roll with that.  What?  What are
14   you shaking your head for?  You can be honest.
15                    (END OF RECORDING)
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

CERTIFICATE OF REPORTER

COMMONWEALTH OF KENTUCKY AT LARGE

I do hereby certify that the said matter was reduced to type written form under my direction, and constitutes a true record of the recording as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

COURTNEY BUSICK,

COURT REPORTER / NOTARY

COMMISSION EXPIRES ON: 10/18/2021

SUBMITTED ON: 08/23/2018

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

### 1

**100** 3:14 8:14
**14** 6:5
**17** 6:17

### A

**act** 9:3
**add** 6:1
**age** 6:14
**ahold** 7:16
**anyone's** 9:2
**attempted** 8:8
**attracted** 8:16
**attraction** 4:2 8:21

### B

**back** 6:2
**beautiful** 3:18

### C

**case** 9:12
**cordial** 6:10

### D

**died** 6:11
**disappointed** 4:17 5:1,11
**disappointment** 4:11
**disappointments** 4:10
**duh** 7:18

### E

**END** 9:15
**enjoy** 7:23
**excited** 4:24
**expectations** 4:16,20 5:1

### F

**fault** 8:15,24 9:1,2
**feel** 8:21
**FEMALE** 2:1,4,6,9,11,13,15,17,19,21,24 3:2,5,9,11,13,16,19,21,23,25 4:3,5,13,19 5:3,7,9,12,16,19,21 6:2,5,8,12,14,16,18,21,23 7:1,4,8,12,15,19,21,25 8:4,7,11,15,19,24 9:4,11
**Figured** 7:13
**fine** 3:7 4:9 5:14 7:23 8:10
**forward** 4:7
**found** 6:23
**front** 3:5
**full** 4:10
**fully** 4:17

### G

**general** 3:4 4:21
**generalization** 4:22 5:5
**God** 2:10 3:13,17
**good** 7:18

**gosh** 5:6
**gross** 2:13,15,16
**guess** 5:15 8:9

### H

**head** 9:14
**Hey** 5:23
**high** 4:15
**hold** 5:12
**holding** 5:10
**honest** 9:14
**How's** 3:24

### I

**illegal** 6:22
**innocent** 7:9
**Instagram** 5:25
**intentionally** 8:3
**involved** 5:23

### L

**Lafayette** 7:3
**leave** 9:6
**legal** 6:21
**life** 4:10 7:24
**love** 3:15

### M

**make** 5:2 8:8
**MALE** 2:3,5,7,10,12,14,16,18,20,22,25 3:3,7,10,12,14,17,20,22,24 4:1,4,6,14,21 5:4,8,10,14,18,20,22 6:3,6,10,13,15,17,20,22,25 7:2,6,10,13,18,20,22 8:2,5,10,14,18,21 9:1,5,12

**man-made** 2:23
**matter** 7:4
**messaged** 5:25
**messages** 5:25
**movie** 4:23,24

### N

**naked** 3:4,5
**nasty** 2:19
**natural** 2:18,19,20,21 3:1 4:1 8:23
**necessarily** 8:22 9:1
**nipples** 2:3

### O

**open-minded** 4:23

### P

**people** 3:6 8:12
**percent** 3:14 8:14
**polite** 6:3
**purposeful** 8:22
**purposefully** 8:1,19

### R

**realistic** 4:18

**recommend** 7:7
**RECORDING** 9:15
**replied** 6:8
**ridiculous** 4:15
**roll** 9:13

### S

**school** 7:5,7
**screw** 8:5
**sense** 5:2
**shaking** 9:14
**skin** 2:23
**SPEAKER** 2:1,3,4,5,6,7,9,10,11,12,13,14,15,16,17,18,19,20,21,22,24,25 3:2,3,5,7,9,10,11,12,13,14,16,17,19,20,21,22,23,24,25 4:1,3,4,5,6,13,14,19,21 5:3,4,7,8,9,10,12,14,16,18,19,20,21,22 6:2,3,5,6,8,10,12,13,14,15,16,17,18,20,21,22,23,25 7:1,2,4,6,8,10,12,13,15,18,19,20,21,22,25 8:2,4,5,7,10,11,14,15,18,19,21,24 9:1,4,5,11,12
**stop** 9:7

### T

**talk** 5:24 6:7
**talking** 3:2,3 4:19 6:22 7:3,14,15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

RECORDING-2

12

**text** 6:2

**thinking** 7:11

### U

**Uh-uh** 3:19

**understand**
  5:14,22 9:8

**upset** 4:9

### W

**wanted** 5:22

**weird** 3:23,24

**wonderful**
  3:18

**worried** 7:8

**wrong** 7:9 8:25

### Y

**yadda** 4:24,25

**younger** 6:19



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com